Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dan Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-0163-SAB |
| Plaintiff, | INFORMATION |
| v. | Vio: 18 U.S.C. § 1365(a)(4) Tampering With Consumer Products |
| ESTHER RAE TULLER | |
| Defendant. | |

The United States Attorney charges that:

Between on or about August 1, 2019 and on or about April 10, 2020 in the Eastern District of Washington the Defendant, ESTHER RAE TULLER, while working as a registered nurse at the Confluence Health Moses Lake Clinic in Moses Lake, Washington, with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate and foreign commerce, specifically morphine sulfate, and with the labeling of and container for such a product; by breaking the seal on and removing the morphine sulfate from approximately seventeen 4-milliliter vials of morphine sulfate, replacing the

INFORMATION - 1

morphine sulfate with saline solution, and attempting to re-seal the vials by gluing the caps back onto the vials; all in violation of 18 U.S.C. § 1365(a)(4).

DATED this 15th day of November, 2021.

Vanessa R. Waldref
United States Attorney

_____
Dan Fruchter
Assistant United States Attorney

_____
Tyler H.L. Tornabene
Assistant United States Attorney

INFORMATION - 2