FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2021

SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** United States of America v. Esther Rae Tuller   **CASE NO.** 2:21-CR-0163-SAB

TOTAL # OF COUNTS: 1   ✓ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1365(a)(4) | Tampering with Consumer Products | CAG not more than 10 years; a fine up to $250,000; not more than 3 years of supervised release; and a $100 special penalty assessment |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |